IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


ELNITA CRUMP                                                                    PLAINTIFF

v.                          NO. 1:18-cv-00009 PSH

NANCY A. BERRYHILL, Acting Commissioner                                         DEFENDANT
of the Social Security Administration


## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Elnita Crump.

IT IS SO ORDERED this 7th day of August, 2018.


_____
UNITED STATES MAGISTRATE JUDGE